DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JILL HOFFMAN,** as co-personal representative
of the Estate of Allen M. Hoffman,
Appellant,

v.

**TERRI GREENBERG,**
Appellee.

No. 4D17-616

[March 1, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 2015CP004529XXXXMB.

Daniel A. Bushell of Bushell Law, P.A., Fort Lauderdale, and Keith A. Goldbaum of Friedman, Rosenwasser & Goldbaum, P.A., Boca Raton, for appellant.

Norman A. Fleisher of Gutter Chaves Josepher Rubin Forman Fleisher Miller P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***